

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00024-CR

Pete **LONGORIA-LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-06-093-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief was originally due April 22, 2019; however, the court granted an extension of time to file the brief until May 21, 2019. Appellant has filed a motion for a further extension of time.

We **grant** the motion and order appellant's attorney, Richard Langlois, to file appellant's brief by **June 21, 2019**. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court